**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
UNITED STATES OF AMERICA,        )      3:01-cr-00177-HDM-VPC
                                 )
            Plaintiff,           )
                                 )
vs.                              )      ORDER
                                 )
WAYNE SIMPSON,                   )
                                 )
            Defendant.           )
_____)
```

  Defendant has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582 and Amendment 748 to the United States Sentencing Guidelines (#49). Defendant has also requested that his motion be held in abeyance pending clarification by the United States Sentencing Commission as to the retroactivity of Amendment 748. On June 30, 2011, the Commission voted to give retroactive effect to Amendment 748, which will be effective November 1, 2011, unless Congress acts to disapprove the amendment. In light of the Commission's vote, the court sees no reason to hold defendant's motion in abeyance. Accordingly, that part of defendant's motion

asking the court to hold his motion in abeyance is denied. The government is directed to file a response to defendant's § 3582 motion on or before August 22, 2011. Defendant shall thereafter have up to and including September 22, 2011, in which to file any reply.

**IT IS SO ORDERED.**

DATED: This 20th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE